NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Blake Rodgers
7346 Miramonte
Irvine, CA 92618

FILED
CLERK, U.S. DISTRICT COURT
FEB 12 2024
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVINE PROMENADE APTS IV LLC<br><br>Plaintiff(s),<br>v.<br><br>BLAKE RODGERS<br><br>Defendant(s) | CASE NUMBER:<br><br>SACV 2400292-DOC-KES<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Blake Rodgers_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| IRVINE PROMENADE APTS IV LLC | PLAINTIFF |
| BLAKE RODGERS | DEFENDANT |

02/12/2024
Date

*Signature*
Signature

Attorney of record for (or name of party appearing in pro per):

BLAKE RODGERS

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES