**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

Return

**OFFICIAL BUSINESS**

Case: 8:24cv292   Doc: 4

no

Blake  Rodgers
7346 Miramonte
Irvine, CA 92618

8:24cv 292

RECEIVED
CLERK, U.S. DISTRICT COURT
FEB 27 2024
CENTRAL DISTRICT OF CALIFORNIA
BY

FILED
CLERK, U.S. DISTRICT COURT

FEB 2 7 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

DOC

7202/25/24

NIXIE    910    4C    1    7202/25/24

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED

Case: 8:24cv292  Doc: 4

Blake  Rodgers
7346 Miramonte
Irvine, CA 92618

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<37398962@cacd.uscourts.gov>Subject:Activity in Case 8:24-cv-00292-DOC-KES Irvine Promenade Apts IV LLC v. Blake Rodgers Notice of Assignment to United States Judges(CV-18) - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 2/15/2024 at 7:13 PM PST and filed on 2/15/2024

| | |
|---|---|
| **Case Name:** | Irvine Promenade Apts IV LLC v. Blake Rodgers |
| **Case Number:** | 8:24-cv-00292-DOC-KES |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**NOTICE OF ASSIGNMENT to District Judge David O. Carter and Magistrate Judge Karen E. Scott. (jtil)**

**8:24-cv-00292-DOC-KES Notice has been electronically mailed to:**
Julienne Hope Copon     jcopon@wallacelaw.com
**8:24-cv-00292-DOC-KES Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Blake Rodgers
7346 Miramonte
Irvine CA 92618
US