

Case: 8:24cv292  Doc: 7

Blake Rodgers
7346 Miramonte
Irvine, CA 92618

Case 8:24-cv-00292-DOC-KES   Document 11   Filed 03/11/24   Page 2 of 3   Page ID #:31

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<37410665@cacd.uscourts.gov>Subject:Activity in Case 8:24-cv-00292-DOC-KES Irvine Promenade Apts IV LLC v. Blake Rodgers Order on Request to Proceed In Forma Pauperis with Declaration in Support (CV-60) Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 2/20/2024 at 8:13 AM PST and filed on 2/16/2024

| | |
|---|---|
| **Case Name:** | Irvine Promenade Apts IV LLC v. Blake Rodgers |
| **Case Number:** | 8:24-cv-00292-DOC-KES |
| **Filer:** | |

**WARNING: CASE CLOSED on 02/16/2024**

**Document Number:** 7

**Docket Text:**
**ORDER by Judge David O. Carter: Denying [3] REQUEST to Proceed in Forma Pauperis (NON-PRISONER CASE). This case is REMANDED to state court as explained in the attached statement. SEE DOCUMENT FOR FURTHER INFORMATION. MD JS-6, Case Terminated. (twdb)**

**8:24-cv-00292-DOC-KES Notice has been electronically mailed to:**
Julienne Hope Copon    jcopon@wallacelaw.com
**8:24-cv-00292-DOC-KES Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Blake Rodgers
7346 Miramonte
Irvine CA 92618
US