

Case: 8:24cv292  Doc: 8

Blake Rodgers
7346 Miramonte
Irvine, CA 92618

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<37410680@cacd.uscourts.gov>Subject:Activity in Case 8:24-cv-00292-DOC-KES Irvine Promenade Apts IV LLC v. Blake Rodgers Letter of Transmittal - Remand to Superior Court (G-17) - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 2/20/2024 at 8:16 AM PST and filed on 2/16/2024

| | |
|---|---|
| **Case Name:** | Irvine Promenade Apts IV LLC v. Blake Rodgers |
| **Case Number:** | 8:24-cv-00292-DOC-KES |
| **Filer:** | |

**WARNING: CASE CLOSED on 02/16/2024**

**Document Number:** 8

**Docket Text:**
**TRANSMITTAL of documents to Orange County Superior Court. A certified copy of the order of remand and a copy of the docket sheet from this court was sent to Orange County Superior Court. (twdb)**

**8:24-cv-00292-DOC-KES Notice has been electronically mailed to:**
Julienne Hope Copon    jcopon@wallacelaw.com
**8:24-cv-00292-DOC-KES Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Blake Rodgers
7346 Miramonte
Irvine CA 92618
US